No. 23,877.

V. H. HORNOR, *Appellant,* v. E. N. VAN HOSEN et al., *Appellees.*

No. 23,878.

J. W. WILSON, *Appellant,* v. E. N. VAN HOSEN et al., *Appellees.*

No. 23,879.

W. H. JOHNSON, *Appellant,* v. E. N. VAN HOSEN et al., *Appellees.*

No. 23,880.

F. C. RANDEL and G. W. DAUGHERTY, *Appellants,* v. E. N. VAN HOSEN et al., *Appellees.*

No. 23,881.

ORIN H. NORTON, *Appellant,* v. E. N. VAN HOSEN et al., *Appellees.*

Appeal from Morton district court; CHARLES E. VANCE, judge. Opinion filed July 8, 1922. Reversed.

*G. W. Sawyer,* and *John C. King,* both of Liberal, for the appellants.

*A. C. Malloy, R. C. Davis, Warren H. White,* all of Hutchinson, and *Arthur L. Maltby,* of Elkhart, for the appellees.

*Per Curiam:* These cases are reversed and remanded with directions to overrule the demurrers to the petitions for the reasons set out in the opinion in *Schmoyer v. Van Hosen,* just decided (*ante,* p. 759), the facts being substantially the same.